#### PAPERS IN FILE
[None]

## IN THE MATTER OF JACOB SMITH

### 1809

#### JOURNAL ENTRIES

1. Application for writ granted . . . . . . *Journal, infra,* \*p. 256
2. Judgment . . . . . . . . . . . . . " 257

#### PAPERS IN FILE
[None]